## ALABAMA PENNY SAVINGS BANK v. HOLMES.

(Decided June 4, 1914.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROWE.

GREGG & BURROW, for appellant.  GEORGE E. BUSH, for appellee.

SAYRE, J.—Corrected and affirmed.  See, also, 63 South. 969.

MCCLELLAN, MAYFIELD and SOMERVILLE, JJ., concur.

---

## BADHAM v. PITTSBURGH LIFE & TRUST CO

(Decided May 14, 1914.)

APPEAL from Jefferson Chancery Court.

Heard before Hon. A. H. BENNERS.

PERCY, BENNERS & BURR, for appellant.  FRANK EWING, and A. G. & E. D. SMITH, for appellee.

Per curiam. The consent decree is made the decree and judgment in this court.

---

## BAUCUM v. BAUCUM.

(Decided May 14, 1914.)

APPEAL from Mobile Law and Equity Court.

Heard before Hon. SAFFOLD BERNEY.

BESTER & YOUNG, for appellant.  BOYLES & KOHN, for appellee.

Per curiam.  Affirmed.